# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 08-21919 |
| ) | Chapter 7, converted from Chapter 11 |
| GREGORY E. PERKINS and ) | Judge Bruce Black |
| LAURA M. PERKINS ) | |
|    Debtors.                . ) | Jointly Administered with: |
| _____) | |
| MGP AUBURN GRESHEM, LLC ) | (Case No. 08-33410) |
|    Debtor. ) | |
| _____) | |
| MGP AUBURN GRESHAM II, LLC ) | (Case No. 08-33409) |
|    Debtor. ) | |
| _____) | |
| MGP KEDZIE MOTZART, LLC ) | (Case No. 08-33411) |
|    Debtor ) | Hearing: 8/6/2009 at 9:30 A.M. |

## AMENDED NOTICE OF MOTION

To:    See attached service list

**PLEASE TAKE NOTICE** that on August 6, 2009 at 9:30 a.m., I will appear before the Honorable Bruce W. Black, or any other judge sitting in his stead, in Courtroom 615, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the amended motion of Debtors' attorney to withdraw as counsel, a copy of which is enclosed herewith and served upon you.  AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

                                                    /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Helena Milman
Patrick Lambe
Gautham Kaveti
John O. Noland, Jr. (Of Counsel)
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Forrest Ingram, an attorney, certify that I served a true and correct copy of the foregoing Notice and the document, to which it refers, on the parties listed below on the July 28, 2009.

                                                    /s/ Forrest L. Ingram

**SERVICE LIST**

**VIA U.S. Mail**
Greg and Laura Perkins
13723 Legend Trail Lane
Orland Park, IL 60462

**MGP Auburn Greshem, LLC**
**c/o Jeffrey Deer**
130 S. Jefferson Street
Chicago, IL 60601

**MGP Auburn Gresham II, LLC**
**c/o Jeffrey Deer**
130 S. Jefferson Street
Chicago, IL 60661

**MGP Kedzie Motzart, LLC**
**c/o Jeffrey Deer**
130 S Jefferson Street
Chicago, IL 60661

**By ECF Notice:**
**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**Kevin C. Driscoll**
Barnes & Thornburg
1 North Wacker Drive
Suite 4400
Chicago, IL 60606
kevin.driscoll@btlaw.com

**Fred R Harbecke**
29 South LaSalle Street
Suite 945
Chicago, IL 60603
fredrharbecke@sbcglobal.net

**J. Mark Fisher**
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606
mfisher@schiffhardin.com

**Brian A. Audette**
Perkins Coie LLP
131 South Dearborn
Suite1700
Chicago, IL 60603
baudette@perkinscoie.com

**Mark E. Abraham**
Gould & Ratner LLP
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
mabraham@gouldratner.com

**Daniel H. Olswang**
Hauselman Rappin & Olswang, Ltd.
39 S. LaSalle St., Ste 1105
Chicago, IL 60605
dolswang@hrolaw.com

**Robert B Katz, ESQ**
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604

**David R Brown, ESQ**
Springer, Brown, Covey, Gaertner & Davis
400 South County Farm Road, Suite 330
Wheaton, IL 60187
dbrown@springerbrown.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 08-21919 |
| ) | Chapter 7, converted from Chapter 11 |
| GREGORY E. PERKINS and ) | Judge Bruce Black |
| LAURA M. PERKINS ) | |
| Debtors.    . ) | Jointly Administered with: |
| _____) | |
| MGP AUBURN GRESHEM, LLC ) | (Case No. 08-33410) |
| Debtor. ) | |
| _____) | |
| MGP AUBURN GRESHAM II, LLC ) | (Case No. 08-33409) |
| Debtor. ) | |
| _____) | |
| MGP KEDZIE MOTZART, LLC ) | (Case No. 08-33411) |
| Debtor ) | Hearing: 8/6/2009 at 9:30 A.M. |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

NOW COME Forrest L. Ingram ("Ingram") and the other attorneys of Forrest L. Ingram, P.C. and co-counsel John O. Noland, Jr. ("Noland") as attorneys for Gregory and Laura Perkins, MGP Auburn Greshem, LLC, MGP Auburn Gresham II, LLC, and MGP Kedzie Motzart, LLC, and, pursuant to Illinois Supreme Court Rule 13, move this Court for leave to withdraw as counsel. In support of the motion, Ingram and Noland state:

1. Ingram is the attorney of record in this case, having filed the chapter 11 cases for the Debtors, and, together with the law firm of Forrest L. Ingram, P.C., having represented the Debtors in these cases.

2. Noland is an additional attorney of record, having filed his appearance as co-counsel ("of counsel") in this case in April, 2009.

3. Debtors have consistently failed to pay Ingram's and Noland's fees for an extended period of time, as required by the fee agreements entered into between Defendant and his attorneys.

4. The Illinois Rules of Professional Conduct provide that an attorney may request permission to withdraw from pending cases where the client "substantially fails to fulfill an agreement or obligation to the lawyer as to expenses or fees." 132 Ill.2d R.P.C. 1.16(b)(1)(F).

5. Ingram has notified Mr. Perkins personally, and as managing member of MGP Auburn Greshem, LLC, MGP Auburn Gresham II, LLC, and MGP Kedzie Motzart, LLC, by phone and by email of his intent to file this Motion to Withdraw as Counsel, and has sent Mr. Perkins a copy of the motion by email and mail.

6. Debtors should be given an opportunity to obtain substitute counsel who may be willing to represent them in this matter.

**WHEREFORE**, Forrest L. Ingram, the law firm of Forrest L. Ingram, P.C. and John O. Noland, Jr., respectfully pray this Court for leave to withdraw as counsel for Debtors Gregory and Laura Perkins, MGP Auburn Greshem, LLC, MGP Auburn Gresham II, LLC, and MGP Kedzie Motzart, LLC, and further ask that the Court grant Debtors 21 days to obtain substitute counsel.

Respectfully submitted,

FORREST L. INGRAM, P.C. & JOHN O. NOLAND
By:

/s/ Forrest Ingram

Forrest L. Ingram, P.C.
Forrest L. Ingram
70 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
ARDC #: 3129032

John O. Noland Jr.
John O. Noland Jr., Attorney at Law
79 W Monroe, Suite 823
Chicago, IL 60603
(312) 327-7000
ARDC #6239394