B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **08–21919**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 8/20/08 and was converted to a case under chapter 7 on 3/19/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory E Perkins
dba MGP Global Real Estate LLC
13723 Legend Trail Lane
Orland Park, IL 60462

Laura M Perkins
13723 Legend Trail Lane
Orland Park, IL 60462

Case Number: 08–21919
Office Code: 1

Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:
xxx–xx–7662
xxx–xx–1374

Attorney for Debtor(s) (name and address):
Gregory E Perkins
13723 Legend Trail Lane
Orland Park, IL 60462
Telephone number:

Bankruptcy Trustee (name and address):
Robert B Katz ESQ
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604
Telephone number: 312–705–1400

## Meeting of Creditors:

Date: **September 24, 2009**     Time: **12:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 11/23/09**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

Address of the Bankruptcy Clerk's Office:
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604
Telephone number: 1–888–232–6814

For the Court:
Clerk of the Bankruptcy Court:
Kenneth S. Gardner

| Hours Open:  Monday – Friday 9:00 AM –4:30 PM | Date:  August 17, 2009 |

**EXPLANATIONS**      B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sward                  Page 1 of 4                   Date Rcvd: Aug 17, 2009
Case: 08-21919                 Form ID: b9a                 Total Noticed: 123

The following entities were noticed by first class mail on Aug 19, 2009.
db/jdb         +Gregory E Perkins,    Laura M Perkins,    13723 Legend Trail Lane,    Orland Park, IL 60462-1100
aty            +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
aty            +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
                 Wheaton, IL 60187-4547
tr             +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
                 Chicago, IL 60604-4174
12534328       +Aaron Green,    8129 South Rhodes,    Chicago, IL 60619-5023
12534329       +American Chartered Bank,    4685 Winfield Road,    Warrenville, IL 60555-3923
12534331       +Andreas Tretipis,    c/o Mark E. Abraham,    Gould & Ratner, LLP,    222 N. LaSalle St, 8th Fl,
                 Chicago, IL 60601-1003
12680162       +Andy Tretipis,    c/o Sandy Issacson,    1000 N Halstead, Ste 203,    Chicago, IL 60642-4200
12534333       +Anthony Mistretta,    926 East Anderson,    Palatine, IL 60074-7192
12839437       +BMW Bank of North America,    c/o Michael J. McKitrick,    150 N. Meramec, 4th Floor,
                 St. Louis, Missouri 63105-3876
12680168       +BMW Financial Services,    c/o Sun West Solutions Inc.,    Box 380845,    Murdock, FL 33938-0845
12534335       +Banyan Distribution,    c/o William Dicks,    29 S. LaSalle St, Ste 415,    Chicago, IL 60603-1545
12534337       +Boss Hogg, LLC,    Noonan & Lieberman,    105 W. Adams, Ste 3000,    Chicago, IL 60603-6228
12697864       +Boss Hogg, LLC,    39252 Winchester Road, Suite 107-290,    Murrieta, CA 92563-3509
12534338       +Brongiel Plubming,    c/o Edward Schusslar,    9631 W 153rd Street, Ste 35,
                 Orland Park, IL 60462-3778
12534339       +Chase,    201 N. Central Ave Floor 11,    Phoenix, AZ 85004-0073
12568381       +Chase Home Finance LLC,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,    Suite 1300,
                 Chicago, IL 60602-4331
12534340       +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                 Columbus, OH 43219-6009
12534341       +Chicago Carpet Center,    c/o Baker & Miller,    29 N Wacker Drive #5,    Chicago, IL 60606-2851
12534342       +Chicago Condominium Developers LLC,    c/o Jonathan Mills,    30 N LaSalle Street, Ste 300,
                 Chicago, IL 60602-3383
12534344       +Corey Berdell,    2020 West 82nd Place,    Chicago, IL 60620-5356
12534345       +County of DuPage,    421 County Farm Rd,    Wheaton, IL 60187-3984
12534347       +Deer & Stone,    130 S. Jefferson,    Chicago, IL 60661-3687
12534348       +Dominique Love,    3000 West Marquette Road,    Chicago, IL 60629-2969
12534349       +Eric & Karen Johnson,    7625 S. Laflin,    Chicago, IL 60620-4131
12534350       +Evelyn Davenport,    4800 South Lake Park 1311A,    Chicago, IL 60615-2017
12614705       +Fidelty Info Corp,    POB 49938,    Los Angeles, CA 90049-0938
12534351       +Fidelty Info Corp,    Po Box 100,    Pacific Palisades, CA 90272-0100
12534352       +Financial Asset Mgmt I,    Po Box 451409,    Atlanta, GA 31145-9409
12534353       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4802
12534354       +Ford Motor Credit,    c/o Freedman Anselmo Lindberg,    1807 W Deihl Road, Ste 333 Box 3228,
                 Naperville, IL 60563-1890
12534356        Frank Myles,    c/o Robert Eckard,    3110 Alternante US 19, North Ste A,    Palm Harbor, FL 34683
12534358       +Grant, Shulman P.C.,    230 W. Monroe Suite 240,    Chicago, IL 60606-4730
12961521      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
                 100 W. Randolph St., #7-400,    Chicago, IL 60601)
12534359       +Ida Spinazolla,    c/o Joseph J. Walczak,    14045 S. 88th Ave,    Orland Park, IL 60462-4196
12680192       +Ida Spinazolla,    17335 Caryly Court,    Tinley Park, IL 60487-5826
13024900       +Illinois Bell Telphone Company,    JAMES GRUDES ESQ,    AT&T Inc,    ONE AT&T WAY ROOM 3A218,
                 BEDMINISTER NJ 07921-2694
12680193        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12680194       +Immanuel Payne,    Floosmoor, IL 60422
12534360       +Infinity Funding,    630 Johnston Suite 4,    Bohemia, NY 11716-2618
12534361       +Ira Antellis,    c/o Gene Moscowitz,    1 North Franklin,    Chicago, IL 60606-4425
12534362       +Ira Harris,    9051 South Cregier,    Chicago, IL 60617-3534
12534363       +Jackson Park Pinnacle Plaza, LLC,    c/o Jeffrey Deer,    130 S Jefferson,    Chicago, IL 60661-3687
13497202       +Jackson Park Pinnacle Plaza, LLC,    7411 South Stony Island Ave,    Chicago, IL 60649-3613
12534364       +Jacquelene Harris,    9350 South Prarie,    Chicago, IL 60619-7218
12534366       +Jewell Mcelroy,    7844 South Sangamon,    Chicago, IL 60620-2812
12680204        John Utz,    9141 South Mozart,    Evergreen Park, IL 60805
12534368       +John Utz,    c/o David E. Cohen,    55 W Monore Street,    Suite 660,    Chicago, IL 60603-5148
12534370       +Jose G. Oropeza,    4511 South Marshfield,    Chicago, IL 60609-3258
12534371       +Kaye Harris,    8530 South Vernon,    Chicago, IL 60619-6013
12534372       +LaVelle Law LTD,    501 W. Colfax St,    Palatine, IL 60067-2545
12633682       +Lavelle Law, Ltd.,    501 W. Colfax,    Palatine, IL 60067-2545
12680210       +Louis Jones,    Floosmoor, IL 60422
12534375       +MGP Auburn Greshem,    c/o Lawrence Friedman,    55 W Monroe #3590,    Chicago, IL 60603-5025
12534376       +MGP Auburn Greshem II, LLC,    c/o Lawrence Friedman,    55 W Monroe #3590,
                 Chicago, IL 60603-5025
12534377       +MGP Global Real Estate, LLC,    c/o Roderick T. Sawyer,    2325 S Michigan Aven,
                 Chicago, IL 60616-2104
12534378       +MGP Kedzie Motzart, LLC,    c/o Lawrence Friedman,    55 W Monroe #3590,    Chicago, IL 60603-5025
12680211       +Maas Enterprises,    Marty Schwartz,    Three First National Plaza,    Chicago, IL 60602-5010
12534373       +Maas Enterprises Inc,    c/o David E. Cohen,    David E Cohen, PC,    55 West Monroe St Suite 600,
                 Chicago, IL 60603-5091
12534374       +Maria Utz,    c/o David E. Cohen,    55 West Monroe Street,    Suite 600,    Chicago, IL 60603-5091
12680212        Maria Utz,    9141 South Mozart,    Evergreen Park, IL 60805
12534379       +Michael Gortiz,    5301 West 109th Street,    Oak Lawn, IL 60453-6338
12680208       +Midland Loan Svcs, Inc for LaSalle Bk,    Attn: Kevin Driscoll,
                 One North Wacker Drive, Suite 4400,    Chicago, Il 60606-2841
13581488       +Mike Goritz,    5301 W. 109th St,    Oaklawn, IL 60453-6338
12534381       +Mitchell Rashada,    530 Paxton,    Calumet City, IL 60409-3128
12534382       +Modern Realty Group,    Darryl Tom 35 East Wacker Suite 500,    Chicago, IL 60601-2105
```

```
District/off: 0752-1                User: sward                    Page 2 of 4                    Date Rcvd: Aug 17, 2009
Case: 08-21919                      Form ID: b9a                   Total Noticed: 123

12534383     +Mozell Barnes,    c/o Roderick Sawyer,    2325  S Michigan Ave,    Chicago, IL 60616-2104
12534384     +Mwstrn Fincl,    8100 West 159th St,    Orland Park, IL 60462-4939
12534385     +NCO Financial Systems,    Po Box 4907,    Trenton, NJ 08650-4907
12534386     +NEC,    c/o Gregory Levine,    300 S. Wacker Drive, Ste. 2300,    Chicago, IL 60606-6701
13644288     +National Equipment Financing, LLC,    c/o Gregory S. Levine, Esq.,
               300 South Wacker Drive, Suite 2300,    Chicago, IL 60606-6701
12534388     +Olander Edwards,    P.O. Box 201842,    Chicago, IL 60620-7842
12534389     +Olivia Branch Ware,    2851 S. King Drive Apt 1205,    Chicago, IL 60616-3081
12534390     +Omari Hardison,    9350 South Prarie,    Chicago, IL 60619-7218
12603488     +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO IL 60601-6207
12534392     +People’s Gas,    130 E. Randolph,    Chicago, IL 60601-6302
12534393     +Peter Wang,    c/o Michael Redieger,    217 N. Jefferson Suite 602,    Chicago, IL 60661-1114
12534394     +Pugh Jones & Johnson,    180 N. LaSalle Street Suite 3400,    Chicago, IL 60601-2807
12680233     +Puritan Finance,    c/o Fred Harbeck,    29 S LasSalle,    Chicago, IL 60603-1507
12534395     +Puritan Finance Corp,    c/o Fred Harbeck,    29 S LasSalle Ste 945,    Chicago, IL 60603-1526
12534396     +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
               Lansing, IL 60438-3112
12534397     +Reginald Jeter,    P.O. Box 11375,    Chicago, IL 60611-0375
12534398      Remodler’s With Class,    9217 S. Ewing,    Chicago, IL 60617
12534399     +Richard Davenport,    8216 South Jeffery Unit 2 West,    Chicago, IL 60617-1875
13497115     +Ridgeland East End, LLC,    7411 South Stony Island Avenue,    Chicago, Illinois 60649-3613
12534400     +Robert Harris,    STARR AND ROWELLS,    35 E WACKER DR #1870,    Chicago, IL 60601-2202
13666421     +Robert Harris and The Law Office of Starr & Rowell,    35 E. Wacker Drive,    Suite 1870,
               Chicago, Illinois 60601-2202
12534401     +Rufus Cook,    7411 Stoney Island,    Chicago, IL 60649-3613
12534402     +Sheila Kellogg,    453 East 81 Street,    Chicago, IL 60619-3715
12534403     +Sheri Watson,    c/o Aaron Krolik,    111 W Washington # 1028,    Chicago, IL 60602-2715
12534405     +Sherman Williams,    c/o Stein & Rotman,    105 W Madison #600,    Chicago, IL 60602-4672
12534404     +Sherman Williams,    c/o Jacons & Matthews,    2805 Busch Road, Ste 225,    Tampa, FL 33618-4561
12680245     +Shilu Agrawal,    4 Slyvan Glen,    Burr Ridge, IL 60527-0703
12680244     +Shilu Agrawal,    4 Sylvan Glenn,    Burr Ridge, IL 60527-0703
13665555     +Shivprasad S. Agrawal a/k/a Shilu Agrawal,    c/o Christopher S. Naveja,    Arnstein & Lehr LLP,
               120 South Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
12534406      Stephen Chaplin,    9333 South Vanderpool Chicago,    Chicago, IL 60620
12534407     +Stoney Creek Hardware,    835 McClintock Dr #2,    Willowbrook, IL 60527-0859
12534409     +Thomas Courtney,    7000W 127th Street,    Palos Heights, IL 60463-1558
12534410      Tiffany Falco,    192 East Park Elmhurst,    Elmhurst, IL 60126
12534411     +U Go Electric Company,    c/o Thomas Courtney,    7000 W. 127th Street,
               Palos Heights, IL 60463-1558
12680252    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wachovia Dealer Services,    Po Box 19657,    Irvine, CA 92623)
12534417    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wfs Financial,    Wachovia Dealer Services,    Po Box 19657,
               Irvine, CA 92623)
12534412      Wayne’s Electric Service,    221 S. Kenneth Chicago,    Chicago, IL 60623
12534413      Wells Fargo Bank,    c/o  Pierce & Associates Suite 1300,    Chicago, IL 60602
12680256     +Wells Fargo Bank,    c/o Bates Layrson,    131 S. Dearborn, Suite 1700,    Chicago, IL 60603-5559
12534414     +Wells Fargo Bank,    c/o Jacobs, Tittle & O’Toole,    20 N. Clark # 520,    Chicago, IL 60602-4109
12680257      Western Capital Partners,    c/o Mark Fisher, Schiff Harding,    6600 Sears Tower,
               Chicago, IL 60606
12534415      Western Capital Partners,    c/o J. Mark Fisher & Jason M. Torf, Esq,    Schiff Hardin LLP,
               6600 Sears Tower,    Chicago, IL 60606
12534416     +Wexler & Wexler,    500 W. Madison Suite 2910,    Chicago, IL 60661-2587
12534418      Wfs Financial Wachovia,    Dealer Services, PO Box 19657,    Dealer Services,    Irvine, CA 92623

The following entities were noticed by electronic transmission on Aug 17, 2009.
aty          +EDI: QDRBROWN.COM Aug 17 2009 20:23:00      David R Brown, ESQ,
               Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,    Suite 330,
               Wheaton, IL 60187-4547
tr           +EDI: QRBKATZ.COM Aug 17 2009 20:23:00      Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
               53 West Jackson Blvd,    Suite 1320,    Chicago, IL 60604-4174
12534330     +EDI: BECKLEE.COM Aug 17 2009 20:24:00      American Express,    c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
12534334     +EDI: ACCE.COM Aug 17 2009 20:23:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12686065     +EDI: ACCE.COM Aug 17 2009 20:23:00      Asset Acceptance LLC/Assignee SBC,    PO Box 2036,
               Warren MI 48090-2036
12534336      EDI: BMWFINANCIAL.COM Aug 17 2009 20:23:00      BMW Financial Services,    POB 3608,
               Dublin, OH 43016
12693678     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                           ComEd,
               2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Mgmt,    Oakbrook IL 60523-1559
12534346     +EDI: CMIGROUP.COM Aug 17 2009 20:23:00      Credit Management,    4200 International Pwy,
               Carrolton, TX 75007-1912
12534355      EDI: FORD.COM Aug 17 2009 20:23:00      Ford Motor Credit,    Box 790093 St. Louis,
               Saint Louis, MO 63179-0093
12900966     +EDI: IRS.COM Aug 17 2009 20:23:00      DEPARTMENT OF THE TREASURY,    INTERNAL REVENUE SERVICE,
               PO BOX 21126,    PHILADELPHIA, PA 19114
12900917      EDI: IRS.COM Aug 17 2009 20:23:00      INTERNAL REVENUE SERVICE,    P O BOX 21126,
               PHILADELPHIA, PA 19114
12680196      EDI: IRS.COM Aug 17 2009 20:23:00      Internal Revenue Service,    230 S. Dearborn Street,
               Suite 3030,    Chicago, IL 60604
12606423     +EDI: CHASE.COM Aug 17 2009 20:24:00      JPMorgan Chase Bank, N.A.,    Chase Auto Finance Corp,
               National Bankruptcy Department,    201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
12534387     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,
               Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
```

```
District/off: 0752-1          User: sward                  Page 3 of 4                   Date Rcvd: Aug 17, 2009
Case: 08-21919                Form ID: b9a                 Total Noticed: 123

The following entities were noticed by electronic transmission (continued)
12542913         EDI: BLINE.COM Aug 17 2009 20:23:00      Roundup Funding, LLC,      MS 550,      PO Box 91121,
                 Seattle, WA 98111-9221
                                                                                                     TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Springer, Brown, Covey, Gaertner & Davis, LLC
12534332         Anthony Mason,    28 Carrington Court
12680163         Anthony Mason,    28 Carrington Court
12680167         Beverly Williamson
12534343         Chris Matthews
12680175         Chris Matthews
12680176         Cora Wilson
12534357         George Burciago
12680190         George Burciago
12680201         James Denson
12534365         James Denson
12534367         John Lober,    c/o Larry Gould
12680203         John Lober,    c/o Larry Gould
12534369         John's Welding
12680205         John's Welding
12534380         Migubabu Painting
12680218         Migubabu Painting
13776191         Office of the U.S. Trustee
12534391         Oreal James
12680229         Oreal James
13653997         Starfish Investment Corporation, Inc.
12534408         Thomas Construction
12680248         Thomas Construction
12680159*       +Aaron Green,    8129 South Rhodes,    Chicago, IL 60619-5023
12680160*       +American Chartered Bank,    4685 Winfield Road,    Warrenville, IL 60555-3923
12680161*       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
12680164*       +Anthony Mistretta,    926 East Anderson,    Palatine, IL 60074-7192
12680165*       +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12680166*       +Banyan Distribution,    c/o William Dicks,    29 S. LaSalle St, Ste 415,    Chicago, IL 60603-1545
12680169*       +Boss Hogg, LLC,    Noonan & Lieberman,    105 W. Adams, Ste 3000,    Chicago, IL 60603-6228
12697872*       +Boss Hogg, LLC,    39252 Winchester Road, Suite 107-290,    Murrieta, CA 92563-3509
12680170*       +Brongiel Plubming,    c/o Edward Schusslar,    9631 W 153rd Street, Ste 35,
                 Orland Park, IL 60462-3778
12680171*       +Chase,    201 N. Central Ave Floor 11,    Phoenix, AZ 85004-0073
12680172*       +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                 Columbus, OH 43219-6009
12680173*       +Chicago Carpet Center,    c/o Baker & Miller,    29 N Wacker Drive #5,    Chicago, IL 60606-2851
12680174*       +Chicago Condominium Developers LLC,    c/o Jonathan Mills,    30 N LaSalle Street, Ste 300,
                 Chicago, IL 60602-3383
12680177*       +Corey Berdell,    2020 West 82nd Place,    Chicago, IL 60620-5356
12680178*       +County of DuPage,    421 County Farm Rd,    Wheaton, IL 60187-3984
12680179*       +Credit Management,    4200 International Pwy,    Carrollton, TX 75007-1912
12680180*       +Deer & Stone,    130 S. Jefferson,    Chicago, IL 60661-3687
12680181*       +Dominique Love,    3000 West Marquette Road,    Chicago, IL 60629-2969
12680182*       +Eric & Karen Johnson,    7625 S. Laflin,    Chicago, IL 60620-4131
12680183*       +Evelyn Davenport,    4800 South Lake Park 1311A,    Chicago, IL 60615-2017
12680184*       +Fidelty Info Corp,    Po Box 100,    Pacific Palisades, CA 90272-0100
12680185*       +Financial Asset Mgmt I,    Po Box 451409,    Atlanta, GA 31145-9409
12680186*       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4802
12680188*        Ford Motor Credit,    Box 790093 St. Louis,    Saint Louis, MO 63179-0093
12680187*       +Ford Motor Credit,    c/o Freedman Anselmo Lindberg,    1807 W Deihl Road, Ste 333 Box 3228,
                 Naperville, IL 60563-1890
12680189*        Frank Myles,    c/o Robert Eckard,    3110 Alternante US 19, North Ste A,    Palm Harbor, FL 34683
12680191*       +Grant, Shulman P.C.,    230 W. Monroe Suite 240,    Chicago, IL 60606-4730
12680195*       +Infinity Funding,    630 Johnston Suite 4,    Bohemia, NY 11716-2618
12680197*       +Ira Antellis,    c/o Gene Moscowitz,    1 North Franklin,    Chicago, IL 60606-4425
12680198*       +Ira Harris,    9051 South Cregier,    Chicago, IL 60617-3534
12680199*       +Jackson Park Pinnacle Plaza, LLC,    c/o Jeffrey Deer,    130 S Jefferson,    Chicago, IL 60661-3687
12680200*       +Jacquelene Harris,    9350 South Prarie,    Chicago, IL 60619-7218
12680202*       +Jewell Mcelroy,    7844 South Sangamon,    Chicago, IL 60620-2812
12680206*       +Jose G. Oropeza,    4511 South Marshfield,    Chicago, IL 60609-3258
12680207*       +Kaye Harris,    8530 South Vernon,    Chicago, IL 60619-6013
12680209*       +LaVelle Law LTD,    501 W. Colfax St,    Palatine, IL 60067-2545
12680213*       +MGP Auburn Greshem,    c/o Lawrence Friedman,    55 W Monroe #3590,    Chicago, IL 60603-5025
12680214*       +MGP Auburn Greshem II, LLC,    c/o Lawrence Friedman,    55 W Monroe #3590,
                 Chicago, IL 60603-5025
12680215*       +MGP Global Real Estate, LLC,    c/o Roderick T. Sawyer,    2325 S Michigan Aven,
                 Chicago, IL 60616-2104
12680216*       +MGP Kedzie Motzart, LLC,    c/o Lawrence Friedman,    55 W Monroe #3590,    Chicago, IL 60603-5025
12680217*       +Michael Gortiz,    5301 West 109th Street,    Oak Lawn, IL 60453-6338
12680219*       +Mitchell Rashada,    530 Paxton,    Calumet City, IL 60409-3128
12680220*       +Modern Realty Group,    Darryl Tom 35 East Wacker Suite 500,    Chicago, IL 60601-2105
12680221*       +Mozell Barnes,    c/o Roderick Sawyer,    2325 S Michigan Ave,    Chicago, IL 60616-2104
12680222*       +Mwstrn Fincl,    8100 West 159th St,    Orland Park, IL 60462-4939
12680223*       +NCO Financial Systems,    Po Box 4907,    Trenton, NJ 08650-4907
12680224*       +NEC,    c/o Gregory Levine,    300 S. Wacker Drive, Ste. 2300,    Chicago, IL 60606-6701
12680225*       +Nicor Gas,    Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
12680226*       +Olander Edwards,    P.O. Box 201842,    Chicago, IL 60620-7842
```

```
District/off: 0752-1               User: sward              Page 4 of 4                 Date Rcvd: Aug 17, 2009
Case: 08-21919                     Form ID: b9a             Total Noticed: 123

              ***** BYPASSED RECIPIENTS (continued) *****
 12680227*    +Olivia Branch Ware,    2851 S. King Drive Apt 1205,    Chicago, IL 60616-3081
 12680228*    +Omari Hardison,    9350 South Prarie,    Chicago, IL 60619-7218
 12680230*    +People's Gas,    130 E. Randolph,    Chicago, IL 60601-6302
 12680231*    +Peter Wang,    c/o Michael Redieger,    217 N. Jefferson Suite 602,    Chicago, IL 60661-1114
 12680232*    +Pugh Jones & Johnson,    180 N. LaSalle Street Suite 3400,    Chicago, IL 60601-2807
 12680234*    +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
                Lansing, IL 60438-3112
 12680235*    +Reginald Jeter,    P.O. Box 11375,    Chicago, IL 60611-0375
 12680236*     Remodler's With Class,    9217 S. Ewing,    Chicago, IL 60617
 12680237*    +Richard Davenport,    8216 South Jeffery Unit 2 West,    Chicago, IL 60617-1875
 13497247*    +Ridgeland East End, LLC,    7411 South Stony Island Avenue,    Chicago, Illinois 60649-3613
 12680238*    +Robert Harris,    STARR AND ROWELLS,    35 E WACKER DR #1870,    Chicago, IL 60601-2202
 12680239*    +Rufus Cook,    7411 Stoney Island,    Chicago, IL 60649-3613
 12680240*    +Sheila Kellogg,    453 East 81 Street,    Chicago, IL 60619-3715
 12680241*    +Sheri Watson,    c/o Aaron Krolik,    111 W Washington # 1028,    Chicago, IL 60602-2715
 12680243*    +Sherman Williams,    c/o Stein & Rotman,    105 W Madison #600,    Chicago, IL 60602-4672
 12680242*    +Sherman Williams,    c/o Jacons & Matthews,    2805 Busch Road, Ste 225,    Tampa, FL 33618-4561
 12680246*     Stephen Chaplin,    9333 South Vanderpool Chicago,    Chicago, IL 60620
 12680247*    +Stoney Creek Hardware,    835 McClintock Dr #2,    Willowbrook, IL 60527-0859
 12680249*    +Thomas Courtney,    7000W 127th Street,    Palos Heights, IL 60463-1558
 12680250*     Tiffany Falco,    192 East Park Elmhurst,    Elmhurst, IL 60126
 12680251*    +U Go Electric Company,    c/o Thomas Courtney,    7000 W. 127th Street,
                Palos Heights, IL 60463-1558
 12680259*   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
                Irvine, CA 92623)
 12680253*     Wayne's Electric Service,    221 S. Kenneth Chicago,    Chicago, IL 60623
 12680254*     Wells Fargo Bank,    c/o Pierce & Associates Suite 1300,    Chicago, IL 60602
 12680255*    +Wells Fargo Bank,    c/o Jacobs, Tittle & O'Toole,    20 N. Clark # 520,    Chicago, IL 60602-4109
 12680258*    +Wexler & Wexler,    500 W. Madison Suite 2910,    Chicago, IL 60661-2587
                                                                                              TOTALS: 23, * 75
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2009**            **Signature:** *Joseph Speetjens*